UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRIYANK RAJ,<br><br>                 Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                 Defendants. | No. 1:25-cv-10911-IT |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants U.S. Department of Homeland Security, United States Citizenship and Immigration Services, and Student and Exchange Visitor Program move to dismiss Plaintiff's complaint (Doc. No. 1). For the reasons set forth in the accompanying memorandum, the Court should dismiss the complaint against Defendants with prejudice.

Dated: September 26, 2025

                                             Respectfully submitted,

                                             LEAH B. FOLEY
                                             United States Attorney

                           By:   */s/ Julian N. Canzoneri*
                                 Julian N. Canzoneri
                                 Assistant U.S. Attorney
                                 U.S. Attorney's Office
                                 John Joseph Moakley U.S. Courthouse
                                 One Courthouse Way, Suite 9200
                                 Boston, Massachusetts 02210
                                 (617) 748-3170
                                 julian.canzoneri@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

    I, Julian N. Canzoneri, hereby certify that, pursuant to L.R. 7.1(a)(2), conferred with Plaintiff's counsel who opposes this motion.

| | |
|---|---|
| Dated: September 26, 2025 | /s/ Julian N. Canzoneri |
| | Julian N. Canzoneri |
| | Assistant U.S. Attorney |

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on September 26, 2025.

| | |
|---|---|
| Dated: September 26, 2025 | /s/ Julian N. Canzoneri |
| | Julian N. Canzoneri |
| | Assistant U.S. Attorney |